UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

D-1  ANDRE D. SIMS,
        a.k.a. Dre, and
D-2  CLIFTON E. TERRY, III,
        a.k.a. Cliff Mac,

        Defendants.

Case No. 22-cr-20154

HON. SHALINA D. KUMAR
United States District Judge

Violations:
18 U.S.C. § 1958(a)
18 U.S.C. § 2
18 U.S.C. § 924(c)(1)(A)
18 U.S.C. § 922(g)(1)

---

**SUPERSEDING INDICTMENT**

---

# THE GRAND JURY CHARGES:

## COUNT ONE
### CONSPIRACY TO COMMIT MURDER-FOR-HIRE RESULTING IN PERSONAL INJURY
### 18 U.S.C. § 1958(a)

D-1  ANDRE D. SIMS
D-2  CLIFTON E. TERRY, III

### General Allegations

At all times material to this indictment:

1.    ANDRE D. SIMS, also known as "Dre," was a resident of Grand Rapids, Michigan.

2. CLIFTON E. TERRY, III, also known as "Cliff Mac," was a resident of Flint, Michigan and a musical artist who often referred to himself as the "King of Flint."

3. Victim-1 was a resident of Sterling Heights, Michigan.

## The Conspiracy

4. Sometime in November of 2020, and continuing until on or about December 21, 2020, in the Eastern District of Michigan and elsewhere, ANDRE D. SIMS, CLIFTON E. TERRY, III, and others known and unknown to the grand jury, knowingly and voluntarily combined, conspired, confederated, and agreed together and with each other to use and cause another to use facilities of interstate commerce, including cellular telephone networks and motor vehicle roadways, with the intent that a murder be committed in violation of the laws of the State of Michigan as consideration for the receipt of, and as consideration for the promise and agreement to pay, a thing of pecuniary value, that is, United States currency, in furtherance of which, ANDRE D. SIMS shot Victim-1 resulting in personal injury to Victim-1, in violation of Title 18, United States Code, Section 1958(a).

### Object of the Conspiracy

5. The object of the conspiracy was to murder Victim-1 as consideration for the receipt of, and as consideration for the promise and agreement to pay, United States currency.

### Manner and Means of the Conspiracy

6. It was part of the conspiracy that CLIFTON E. TERRY, III solicited ANDRE D. SIMS to murder Victim-1 in consideration for TERRY'S agreement and promise to pay SIMS $10,000.

7. It was further part of the conspiracy that ANDRE D. SIMS and CLIFTON E. TERRY, III used cellular telephone networks to communicate with each other and others in order to facilitate the murder of Victim-1.

8. It was further part of the conspiracy that ANDRE D. SIMS and CLIFTON E. TERRY, III used motor vehicle roadways to facilitate SIMS' travel to and from Sterling Heights, Michigan where SIMS would attempt to kill Victim-1.

### Acts in Furtherance of the Conspiracy

9. In furtherance of the conspiracy, ANDRE D. SIMS, CLIFTON E. TERRY, III, and others committed the following acts, among others, in the Eastern District of Michigan and elsewhere:

3

a. On November 27, 2020, at approximately 6:04 a.m., TERRY sent a text message to Individual-1 asking to purchase two firearms from Individual-1.

b. On November 27, 2020, at approximately 6:21 a.m., TERRY rented a 2019 Dodge Ram 2500 pickup truck from the Hertz Rental company located at the Detroit Metropolitan Airport in Romulus, Michigan.

c. On November 27, 2020, at approximately 6:10 p.m., TERRY sent SIMS a text message directing SIMS to travel to Flint, Michigan and to arrive that same day. SIMS, who was in Grand Rapids, Michigan, responded that he was about to make his way to Flint.

d. On November 27, 2020, at approximately 6:20 p.m., SIMS sent Individual-2 a text message requesting a ride to Flint, Michigan in exchange for gas and money. SIMS texted Individual-2 that if SIMS gets to Flint, SIMS will be coming back with "10bands." SIMS also instructed Individual-2 to delete the message after reading it.

e. On November 27, 2020, at approximately 8:30 p.m., TERRY sent SIMS a text message inquiring about his arrival time. At approximately 10:07 p.m., SIMS responded that he was about an hour away.

f.  On November 27, 2020, at approximately 11:00 p.m., SIMS arrived in Flint, Michigan. At approximately 11:01 p.m., SIMS placed a phone call to TERRY.

g.  On November 27, 2020, at approximately 11:18 p.m., TERRY, while in the vicinity of Flint, called Individual-3, the registered owner of a 2006 Chevrolet Colorado pickup truck.

h.  On November 28, 2020, at approximately 12:07 a.m. and 12:10 a.m., TERRY placed two outgoing phone calls while in the vicinity of Victim-1's address in Sterling Heights, Michigan.

i.  On November 28, 2020, at approximately 12:08 a.m. and 12:11 a.m., SIMS used his cellular telephone while in the vicinity of Victim-1's address in Sterling Heights, Michigan.

j.  On November 28, 2020, at approximately 12:41 a.m., SIMS sent a text message to Individual-4 stating, "Fasho I shot baxk to flint to get a whip I'm bomin right baxk on S.I."

k.  On November 28, 2020, at approximately 12:59 a.m. and 1:00 a.m., TERRY placed two outgoing phone calls to Individual-3 and Individual-5, while in the vicinity of Flint. After the shooting of Victim-1, police found Individual-5's Michigan concealed pistol license inside Individual-3's 2006

5

Chevrolet Colorado pickup truck that was used in the shooting.

l.  On November 28, 2020, at approximately 1:20 a.m., SIMS stored Victim-1's address in the Notes application of his cellular telephone.

m.  On November 28, 2020, at approximately 2:34 a.m., SIMS sent a text message to Individual-4 that contained a location corresponding to an address just several hundred feet from Victim-1's residence. Individual-4 responded at approximately 2:59 a.m., sending SIMS a text message that contained a location corresponding to Individual-4's address in Detroit. SIMS replied to Individual-4's text message, at approximately 3:02 a.m., telling Individual-4 that he was on his way.

n.  On November 28, 2020, at approximately 3:50 a.m., TERRY sent SIMS a text message containing the address of the Sterling Landings apartment complex in Sterling Heights, Michigan where TERRY and SIMS planned to rendezvous after the murder.

o.  During the early morning of November 28, 2020, TERRY went to the Sterling Landings apartment complex in Sterling Heights where he stayed for several hours.

p.  On November 28, 2020, at approximately 4:38 a.m., SIMS stored directions from Individual-4's address in Detroit to Victim-1's address in Sterling Heights in his cellular telephone.

q.  On November 28, 2020, at approximately 5:05 a.m., SIMS arrived at Victim-1's residence in Sterling Heights in the 2006 Chevrolet Colorado pickup truck, referenced above in paragraph 9.g. SIMS backed the Chevrolet Colorado pickup truck into a parking spot immediately across the street from Victim-1's front door.

r.  On November 28, 2020, at approximately 11:18 a.m., Victim-1 departed her residence and entered her vehicle. SIMS approached Victim-1's vehicle and fired seven to eight gunshots at the vehicle striking Victim-1. As a result, Victim-1 suffered personal injuries, including gunshot wounds.

s.  On November 28, 2020, immediately after SIMS shot Victim-1, SIMS drove the 2006 Chevrolet Colorado pickup truck to the Sterling Landings apartment complex where SIMS and TERRY had planned to meet.

t.  On November 28, 2020, at approximately 11:31 a.m., SIMS parked the 2006 Chevrolet Colorado pickup truck into a parking space at Building 9 of the Sterling Landings apartment complex.

7

 u. On November 28, 2020, at approximately 11:34 a.m., SIMS sent TERRY a text message containing SIMS' precise location at the Sterling Landings apartment complex.

 v. On November 28, 2020, at approximately 11:40 a.m., SIMS made an outgoing call to TERRY who was in the vicinity of the Sterling Landings apartment complex.

 w. On November 28, 2020, at approximately 11:47 a.m., TERRY arrived at the Sterling Landings apartment complex in the 2019 Dodge Ram 2500 pickup truck, described above in paragraph 9.b., and picked up SIMS who was wearing a tactical vest. SIMS left the 2006 Chevrolet Colorado pickup truck at the Sterling Landings apartment complex.

 x. On November 28, 2020, after picking SIMS up at the Sterling Landings apartment complex, TERRY drove SIMS away from the rendezvous location.

 y. On November 28, 2020, at approximately 2:08 p.m., TERRY sent SIMS a text message stating, "I understand you frustrated bro but everything was in your hands. I could have got you a ride back to the crib with no problem, you gotta understand just like you need to get things done I do as well, I was supposed to be leaving state to take care of my business if you

need a couple dollars after I take care of my business I send you some other then that everything was on you."

z. On November 28, 2020, at approximately 2:26 p.m., SIMS purchased a one-way bus ticket with Indian Trails/Greyhound from Detroit to Grand Rapids.

aa. On November 28, 2020, at 2:45 p.m., SIMS sent TERRY a text message that he left a "winter vest" in TERRY'S backseat. Shortly thereafter, TERRY responded, "You ain't have to Leave that at all bro, I'm not gone be around to use it."

bb. On November 28, 2020, at 3:23 p.m., TERRY sent a text message to SIMS inquiring about the location of the vehicle keys. SIMS confirmed possession of the keys. At 3:39 p.m., TERRY informed SIMS that he would come back and retrieve the keys.

cc. On November 28, 2020, at 4:51 p.m., TERRY sent SIMS a text message asking for SIMS' location. SIMS sent TERRY the location of Individual-4's address in Detroit. Later, at 5:42 p.m. and 5:43 p.m., TERRY was in the vicinity of Individual-4's address.

dd. On November 28, 2020, at approximately 8:02 p.m., TERRY returned the 2019 Dodge Ram 2500 pickup truck to the Hertz Rental company

9

at the Detroit Metropolitan Airport. At approximately 9:00 p.m., TERRY flew from Detroit Metropolitan Airport via Delta Airlines to Washington, D.C.

ee. On November 29, 2020, SIMS traveled from Detroit to Grand Rapids in an Indian Trails/Greyhound bus.

ff. On November 29, 2020, a screenshot image containing an Instagram message and photograph of Victim-1 downloaded onto TERRY'S Apple iCloud backup.

gg. On November 30, 2020, at approximately 1:55 a.m., TERRY sent two text messages to SIMS stating, "I'm gone send you a coupe 1,000 bro if you need it," and "It's deeper then rap with me."

hh. On November 30, 2020, at approximately 1:56 a.m., TERRY sent SIMS a text message offering to pay SIMS $2,500 for SIMS' attempt to kill Victim-1. SIMS responded, "Yea that's str8 bro."

ii. On November 30, 2020, TERRY posted a photograph on his Instagram account "iamcliffmac" of TERRY and others who appear to be performing a celebratory toast. The photograph's caption stated, "Really my family! Are you in the mafia?" In the background of the photograph, on a television screen, was a female whose physical appearance closely resembled Victim-1. The female had a wound on her face consistent with one of the

gunshot wounds suffered by Victim-1.

jj. On December 1, 2020, at approximately 3:13 p.m., SIMS received a text message from Individual-4. The text message contained a tweet from the Twitter account "Metro Detroit Crime" with the Twitter handle "@CrimeInTheD." The tweet contained a link to video surveillance footage from Victim-1's residence showing SIMS shooting Victim-1.

kk. On December 1, 2020, at approximately 8:40 p.m., TERRY received a text message from Individual-6 that contained an article from the TMZ website with video and details of the November 28, 2020 shooting of Victim-1.

ll. On or about December 19, 2020, TERRY instructed Individual-7 to send SIMS $300 via CashApp as consideration for SIMS' attempt to kill Victim-1.

mm. On December 21, 2020, at approximately 12:04 p.m., SIMS sent TERRY a text message confirming receipt of the $300 payment.

All in violation of Title 18, United States Code, Section 1958(a).

## COUNT TWO
### MURDER-FOR-HIRE
### RESULTING IN PERSONAL INJURY
### 18 U.S.C. §§ 1958(a) AND 2

D-1   ANDRE D. SIMS
D-2   CLIFTON E. TERRY, III

On or about November 28, 2020, in the Eastern District of Michigan and elsewhere, ANDRE D. SIMS and CLIFTON E. TERRY, III, aided and abetted by each other, used and caused another to use facilities of interstate commerce, including cellular telephone networks and motor vehicle roadways, with the intent that a murder be committed in violation of the laws of the State of Michigan as consideration for the receipt of, and as consideration for the promise and agreement to pay, a thing of pecuniary value, that is, United States currency, in furtherance of which, ANDRE D. SIMS shot Victim-1 resulting in personal injury to Victim-1, in violation of Title 18, United States Code, Section 1958(a) and 2.

## COUNT THREE
### USING, CARRYING, BRANDISHING, AND DISCHARGING A FIREARM
### DURING AND IN RELATION TO A CRIME OF VIOLENCE
### 18 U.S.C. §§ 924(c)(1)(A) AND 2

D-1   ANDRE D. SIMS
D-2   CLIFTON E. TERRY, III

On or about November 28, 2020, in the Eastern District of Michigan, ANDRE D. SIMS and CLIFTON E. TERRY, III, aided and abetted by each other, knowingly

used, carried, brandished, and discharged a firearm, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that is, murder-for-hire resulting in personal injury, as alleged in Count Two of the Indictment, in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

### COUNT FOUR
### FELON IN POSSESSION OF AMMUNITION
### 18 U.S.C. § 922(g)(1)

D-1   ANDRE D. SIMS

On or about November 28, 2020, in the Eastern District of Michigan, ANDRE D. SIMS, knowing he had been previously convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting interstate commerce, ammunition, that is, seven rounds of .40 caliber ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

### FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1).

Upon conviction of the offense(s) charged in this Indictment, ANDRE D. SIMS and CLIFTON E. TERRY, III shall forfeit to the United States, pursuant to

13

Title 18, United States Code, Section 924(d)(1), any firearm or ammunition involved in said offense.

**THIS IS A TRUE BILL.**

s/ GRAND JURY FOREPERSON

Dated: August 24, 2022

DAWN N. ISON
United States Attorney

s/ANTHONY P. VANCE
ANTHONY P. VANCE
Assistant United States Attorney
Chief – Branch Offices
600 Church Street, Ste. 210
Flint, Michigan 48502-1280
Phone: (810) 766-5177
anthony.vance@usdoj.gov
P61148

s/JULES M. DePORRE
JULES M. DePORRE
Assistant United States Attorney
600 Church Street, Ste. 210
Flint, Michigan 48502-1280
Phone: (810) 766-5177
jules.deporre@usdoj.gov
P73999

s/TIMOTHY M. TURKELSON
TIMOTHY M. TURKELSON
Assistant United States Attorney
600 Church Street, Ste. 210
Flint, Michigan 48502-1280
Phone: (810) 766-5177
timothy.turkelson@usdoj.gov
P53748

**Companion Case information MUST be completed by AUSA and initialed.**

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number<br>22-cr-20154 |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

FILED USDC - CLRK DET
2022 AUG 24 PM4:33

## Companion Case Information

This may be a companion case based upon LCrR 57.10 (b)(4)[1]:

Companion Case Number:

Judge Assigned:

☐ Yes  ☑ No

AUSA's Initials: AV/JD/TT

Case Title: USA v. ANDRE D. SIMS & CLIFTON E. TERRY, III

County where offense occurred: Genesee County and others

Check One:   ☑ Felony   ☐ Misdemeanor   ☐ Petty

____Indictment/____Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [Case number: _____]
  X Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

Superseding to Case No: 22-cr-20154        Judge: Shalina D. Kumar

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☑ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| Clifton E. Terry, III | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

August 24, 2022
Date

*/s/ Anthony P. Vance*
Anthony P. Vance
Assistant United States Attorney
210 Federal Building
600 Church Street
Flint, Michigan 48502
Telephone: (810) 766-5177
Email: Anthony.Vance@usdoj.gov
61148

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

03/11/2013