UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

v.

D-1   ANDRE D. SIMS,
          a.k.a. Dre,
D-2   CLIFTON E. TERRY, III,
          a.k.a. Cliff Mac,

              Defendants.

Case No. 22-cr-20154

HON. F. KAY BEHM
United States District Judge

Violations:
18 U.S.C. § 1958(a)
18 U.S.C. § 2
18 U.S.C. § 924(c)(1)(A)
18 U.S.C. § 922(g)(1)

---

## SECOND SUPERSEDING INDICTMENT

---

### THE GRAND JURY CHARGES:

#### General Allegations

At all times material to this indictment:

1.    ANDRE D. SIMS, also known as "Dre," was a resident of Grand Rapids, Michigan.

2.    CLIFTON E. TERRY, III, also known as "Cliff Mac," was a resident of Flint, Michigan and elsewhere and a music artist who often referred to himself as the "King of Flint."

3.    Victim-1 was a resident of Flint, Michigan.

4.    Victim-2 was a resident of Mt. Morris, Michigan.

5. Victim-3 was a resident of Mt. Morris, Michigan.

6. Victim-4 was a resident of Flint, Michigan.

7. Victim-5 was a resident of Flint, Michigan.

8. Victim-6 was a resident of Flint, Michigan.

9. Victim-7 was a resident of Flint, Michigan.

10. Victim-8 was a resident of Flint, Michigan.

11. Victim-9 was a resident of Burton, Michigan.

12. Victim-10 was a resident of Flint, Michigan.

13. Victim-11 was a resident of Sterling Heights, Michigan.

## COUNT ONE
### CONSPIRACY TO COMMIT MURDER-FOR-HIRE RESULTING IN DEATH AND PERSONAL INJURY
### 18 U.S.C. § 1958(a)

D-1   ANDRE D. SIMS
D-2   CLIFTON E. TERRY, III

### The Conspiracy

14. The allegations set forth in paragraphs one through 13 are hereby re-alleged and incorporated herein.

15. Beginning in September of 2020, and continuing until on or about December 21, 2020, in the Eastern District of Michigan and elsewhere, ANDRE D. SIMS and CLIFTON E. TERRY knowingly and voluntarily combined, conspired,

2

confederated, and agreed with each other and with other persons known and unknown to the grand jury to use and cause another to use facilities of interstate commerce, including the Internet, cellular telephones, cellular telephone networks, motor vehicles, motor vehicle roadways, airplanes, and airports, with the intent that a murder be committed in violation of the laws of the State of Michigan as consideration for the receipt of, and as consideration for the promise and agreement to pay, a thing of pecuniary value, that is, money, which resulted in the deaths of Victim-2 and Victim-9, and which resulted in personal injury to Victim-1, Victim-3, Victim-4, Victim-5, Victim-6, Victim-7, Victim-8, and Victim-10, in violation of Title 18, United States Code, Section 1958(a).

## Object of the Conspiracy

16.     The object of the conspiracy was to murder Victim-1, Victim-2, Victim-3, Victim-9, and Victim-10 as consideration for the receipt of, and as consideration for the promise and agreement to pay, money.

## Manner and Means of the Conspiracy

17.     It was part of the conspiracy that CLIFTON E. TERRY, III solicited ANDRE D. SIMS, Co-Conspirator-1, and Co-Conspirator-2 to assist in the murder of Victim-1, Victim-2, Victim-3, Victim-9, and Victim-10 in consideration for TERRY'S agreement and promise to pay them money.

3

18.     It was further part of the conspiracy that ANDRE D. SIMS, CLIFTON E. TERRY, III, Co-Conspirator-1, and Co-Conspirator-2 used cellular telephones and cellular telephone networks to communicate with each other and others in order to facilitate the murder of Victim-1, Victim-2, Victim-3, Victim-9, and Victim-10.

19.     It was further part of the conspiracy that ANDRE D. SIMS, CLIFTON E. TERRY, III, Co-Conspirator-1, and Co-Conspirator-2 used the Internet, airplanes, and airports to facilitate TERRY's payments to SIMS and others.

20.     It was further part of the conspiracy that ANDRE D. SIMS, CLIFTON E. TERRY, III, Co-Conspirator-1, and Co-Conspirator-2 used motor vehicles and motor vehicle roadways to facilitate their travel to locations where they would murder and attempt to murder Victim-1, Victim-2, Victim-3, Victim-9, and Victim-10.

## Acts in Furtherance of the Conspiracy

21.     In furtherance of the conspiracy, ANDRE D. SIMS, CLIFTON E. TERRY, III, Co-Conspirator-1, Co-Conspirator-2, and others committed the following acts, among others, in the Eastern District of Michigan and elsewhere:

4

**The Sting Club**

a.     On September 27, 2020, at approximately 7:00 p.m., SIMS and TERRY travelled to the Walmart Supercenter in Burton, Michigan where they purchased two Tracfone cellular telephones, Burner Phone-1 and Burner Phone-2, to use in facilitating the murder of Victim-1, Victim-2, Victim-3, Victim-9, and Victim-10.

b.     On September 27, 2020, between approximately 8:45 p.m. and 9:00 p.m., SIMS, TERRY, and Co-Conspirator-2 met near Dort Highway and Atherton Road in Flint, Michigan.   Shortly thereafter, SIMS, TERRY, and Co-Conspirator-2 began travelling south towards metro Detroit, Michigan in a motor vehicle.

c.     At approximately 10:18 p.m., Co-Conspirator-1 rented a 2020 Dodge Ram pick-up truck from the Avis Car Rental company located at the Detroit Metropolitan Airport in Romulus, Michigan. Prior to renting the vehicle, a vehicle reservation email was sent from Avis to TERRY's email account. Two minutes before Co-Conspirator-1 rented the vehicle, TERRY, who was in the vicinity, placed a cellular telephone call to Co-Conspirator-1.

d.     On September 28, 2020, the 2020 Dodge Ram pick-up truck travelled to an exotic dance club, the Sting Gentleman's Club (the Sting Club),

5

in Detroit, Michigan. Victim-2, Victim-3, Victim-4, Victim-5, Victim-6, Victim-7, and numerous others were present at the Sting Club for a rap concert at which Victim-1 was scheduled to perform.

e. Beginning late on September 27, 2020, and continuing into the early morning of September 28, 2020, TERRY, using Burner Phone-1, made several calls to Burner Phone-2, Individual-3, and known associates.

f. At approximately 12:05 a.m., Co-Conspirator-2 was present in the vicinity of the Sting Club.

g. At approximately 12:49 a.m., TERRY was present in the vicinity of the Sting Club and used a cellular telephone to call Individual-1.

h. At approximately 1:08 a.m., the 2020 Dodge Ram pick-up truck arrived outside the Sting Club in Detroit, Michigan, and parked near a party bus that Victim-1, Victim-2, and others had used to travel to the Sting Club.

i. At approximately 1:10 a.m., Individual-1, using text message, sent TERRY photographs of Victim-1 and his associates inside of the Sting Club.

j. On several occasions in the early morning hours of September 28, 2020, TERRY called Individual-2 and advised her to tell Individual-3 to

6

leave the Sting Club. TERRY indicated he was outside of the Sting Club and was aware that Individual-3 was inside.

k. At approximately 1:36 a.m., Individual-1 sent a text message to TERRY stating, "His lil brother there," referring to Victim-2's brother, Victim-3, who was also present at the Sting Club.

l. At approximately 1:44 a.m., as Victim-1, Victim-2, Victim-3, and members of their party left the Sting Club, one of the occupants of the Dodge Ram fired multiple gun shots, injuring Victim-1, Victim-3, Victim-4, Victim-5, Victim-6, and Victim-7.

m. At approximately 1:47 a.m., TERRY called Co-Conspirator-1 using his cellular telephone. Both TERRY's phone and Co-Conspirator-1's phone connected to cell phone towers in the vicinity of the Sting Club.

n. At approximately 1:49 a.m., TERRY, Co-Conspirator-2, and Co-Conspirator-1 travelled eastward from the Sting Club.

o. At approximately 1:51 a.m., Co-Conspirator-1 sent TERRY his precise location via text message. This location was approximately 1.2 miles southeast of the Sting Club.

p. On September 29, 2020, at approximately 8:24 a.m., TERRY sent Individual-2 a screenshot of a news article about the shooting at the Sting

7

Club.   The news article contained an image of three people and text stating, "[S]ix people in their 20s were shot multiple times." At approximately 8:25 a.m., TERRY sent several other text messages to Individual-2.   In the messages, TERRY instructed Individual-2 to ask Individual-3 if Invidual-3 could identify one of the people depicted in the image. One of the people depicted in the image was an immediate family member of Victim-2 and Victim-3.

q.     At approximately 1:05 p.m. on that date, SIMS posted a video to his Instagram account of SIMS fanning a large amount of cash.

**Speedway Gas Station**

r.     On September 30, 2020, at approximately 12:08 p.m., SIMS and Individual-4 rented a Nissan Frontier from an Enterprise Car Rental company in Grand Rapids in order to facilitate SIMS's travel to the Flint area. TERRY called SIMS via his cellular phone minutes before the rental of the Nissan Frontier was finalized.

s.     At approximately 4:46 p.m., TERRY received a text message containing the precise location of Victim-2's address.

t.     On October 1, 2020, SIMS travelled from Grand Rapids to Flint in the Nissan Frontier.

8

u.      At approximately 8:33 p.m., SIMS used Google Maps to obtain directions to Co-Conspirator-2's residence in Flint.

v.      At approximately 10:22 p.m., SIMS arrived at Co-Conspirator-2's residence.

w.      At approximately 11:59 p.m., SIMS conducted a Google search for "xdm 4.5 10mm extended magazine."

x.      On October 2, 2020, beginning at approximately 9:09 a.m., SIMS conducted Google searches for the following terms: "muzzle brake for xdm 4.5 10mm" and "glock 45 gen 5 9mm threaded barrel."

y.      At approximately 9:12 a.m., SIMS visited the website Wing Tactical, a website that sells gun parts and accessories.   SIMS viewed a section of the website offering 9mm muzzle devices for sale.

z.      At approximately 9:17 a.m., SIMS conducted a Google search for Bullock's Guns N More, a federally licensed firearms dealer in Flint, Michigan.

aa.     At approximately 9:18 a.m., SIMS used Google Maps to obtain directions to Bullock's Guns N More.

bb.     At approximately 9:40 a.m., SIMS arrived at Bullock's Guns N More.

cc. At approximately 9:54 a.m., SIMS conducted a Google search for Dunham's Sports, a federally licensed firearms dealer in Flint Township, Michigan.

dd. At approximately 9:55 a.m., SIMS used Google Maps to obtain directions to Dunham's Sports.

ee. At approximately 10:15 a.m., SIMS arrived at Dunham's Sports.

ff. Later on October 2, 2020, at approximately 4:54 p.m., Co-Conspirator-1 returned the Dodge Ram pick-up truck to the Avis Car Rental company and exchanged it for a Jeep Compass, which he later provided to TERRY and SIMS. Avis sent a confirmation email to TERRY'S email account.

gg. On October 2, 2020, Co-Conspirator-2 rented a hotel room for SIMS at the Holiday Inn Express in Flint, Michigan. Co-Conspirator-2 reserved the room in his name using SIMS's phone number.

hh. At approximately 5:06 p.m., Co-Conspirator-1 took a photograph with his cellular phone of the Jeep Compass keys and key chain, which contained information about the vehicle.

ii. On October 3, 2020, at approximately 1:50 p.m., TERRY, SIMS, and Co-Conspirator-2 met at Co-Conspirator-2's residence in Flint, Michigan.

10

jj.     At approximately 2:19 p.m., TERRY and SIMS left Co-Conspirator-2's residence.   TERRY placed a phone call to Williams Gun Sight & Outfitter in Davison, Michigan.

kk.     At approximately 2:21 p.m., SIMS conducted a Google search for "gun stores in flint."   SIMS then called Mega Pawn 2, a federally licensed firearms dealer in Flint, Michigan.

ll.     At approximately 2:32 p.m., TERRY and SIMS met with Co-Conspirator-1 at the Verizon Wireless store in Flint Township, Michigan where TERRY and SIMS obtained the Jeep Compass from Co-Conspirator-1. After obtaining the Jeep Compass, TERRY and SIMS began travelling to Williams Gun Sight & Outfitter in Davison, Michigan.

mm.     At approximately 2:45 p.m., TERRY and SIMS arrived at Williams Gun Sight & Outfitter where Victim-2 was present.   TERRY and SIMS parked the Jeep Compass and waited for Victim-2 to leave.

nn.     At approximately 2:49 p.m., TERRY and SIMS followed Victim-2 in the Jeep Compass as Victim-2 left Williams Gun Sight & Outfitter in a Dodge Durango.   At the same time, TERRY and SIMS placed a phone call to Co-Conspirator-2 using Burner Phone-1.   TERRY and SIMS continued to follow Victim-2, who was the front seat passenger of the Dodge

11

Durango, and Individual-5, the driver, to a Speedway Gas Station located at the intersection of Bristol Road and Center Road in Burton, Michigan.

oo. At approximately 3:05 p.m., TERRY and SIMS placed another phone call to Co-Conspirator-2 on Burner Phone-1.

pp. At approximately 3:06 p.m., Victim-2 and Individual-5 arrived at the Speedway Gas Station and parked at pump number six. TERRY and SIMS parked the Jeep Compass in the parking lot of an adjacent business immediately to the south of the Speedway Gas Station.

qq. At approximately 3:08 p.m., SIMS exited the Jeep Compass, approached the Dodge Durango, and fired approximately nine .40 caliber gunshots into the vehicle, killing Victim-2. Victim-8, a bystander at the Speedway Gas Station, returned gunfire towards SIMS. SIMS shot Victim-8, causing injury.

rr. Immediately after the shooting, TERRY and SIMS fled the scene in the Jeep Compass while the conspirators made numerous telephone amongst themselves. At approximately 3:12 p.m., 3:16 p.m., and 3:18 p.m., TERRY made phone calls to Co-Conspirator-2. TERRY made two phone calls to Co-Conspirator-1 at 3:18 p.m. and 3:27 p.m. TERRY received a phone call from Co-Conspirator-2 at approximately 3:27 p.m. Co-

12

Conspirator-1 made a phone call to TERRY at 3:32 p.m.   At 3:33 p.m., Co-Conspirator-1 received a phone call from Burner Phone-2.   At 3:47 p.m., TERRY called Co-Conspirator-2.

ss.   At approximately 3:47 p.m., Co-Conspirator-1 and Co-Conspirator-2 were present at Co-Conspirator-2's residence.   At approximately 3:51 p.m., TERRY and SIMS arrived at Co-Conspirator-2's residence in Flint, Michigan.

### Ted's Party Store

tt.   On October 3, 2020, TERRY and SIMS returned to the Verizon Wireless store in Flint Township, Michigan and left at approximately 4:56 p.m. in the Nissan Frontier.

uu.   At approximately 5:10 p.m., TERRY and SIMS returned to Williams Gun Sight & Outfitter in Davison driving the Nissan Frontier.

vv.   At approximately 5:25 p.m., while at Williams Gun Sight & Outfitter, TERRY purchased two AR/M4 magazines and two boxes of Hornady .223 caliber ammunition.

ww.   At approximately 6:44 p.m., TERRY saved a screen shot of a Facebook post detailing the shooting and killing of Victim-2 and the non-fatal shooting of Victim-8.

xx.    At approximately 7:30 p.m., TERRY and SIMS met with Co-Conspirator-2 at his residence in Flint, Michigan.    Shortly thereafter, TERRY, SIMS, and Co-Conspirator-2 left in the Nissan Frontier.

yy.    TERRY, SIMS, and Co-Conspirator-2 located Victim-9 and Victim-10, who were in a Hyundai Santa Fe together, and began following them as they travelled to Ted's Party Store in Burton, Michigan.

zz.    Shortly before 8:18 p.m., an occupant of the Nissan Frontier exited the vehicle at a location just northwest of Ted's Party Store.

aaa.    At approximately 8:18 p.m., the Nissan Frontier pulled into the parking lot of Ted's Party Store where Victim-9 and Victim-10 were present.

bbb.    At approximately 8:20 p.m., the Nissan Frontier, exited the parking lot of Ted's Party Store as Victim-10 exited Ted's Party Store and walked towards and re-entered the Hyundai Santa Fe occupied by Victim-9.

ccc.    At approximately 8:22 p.m., Victim-9 and Victim-10 drove towards the parking lot exit of Ted's Party Store.    As the Hyundai Santa Fe with Victim-9 and Victim-10 exited the parking lot, the previous occupant of the Nissan Frontier approached the driver's side of the Hyundai Santa Fe and fired approximately 20 gunshots from a Glock 9mm caliber firearm into the Hyundai Santa Fe, killing Victim-9 and injuring Victim-10.

14

ddd.   After the shooting, the previous occupant got back into the Nissan Frontier.

eee.   TERRY, SIMS, and Co-Conspirator-2 then travelled south on Interstate 75.

fff.   At approximately 8:50 p.m., TERRY, SIMS, and Co-Conspirator-2 arrived at a residence in Waterford, Michigan, where they left the Nissan Frontier.

ggg.   At approximately 9:43 p.m., TERRY, SIMS, Co-Conspirator-2 took an Uber from a location near the Waterford residence to the Crowne Plaza Hotel in Auburn Hills, Michigan.   At approximately 10:11 p.m., TERRY rented a hotel room there.

hhh.   On October 3, 2020, at approximately 11:28 p.m., a publicly viewable post was made to Facebook lamenting the death of Victim-9. At 11:35 p.m., TERRY saved a screenshot of the Facebook post.

iii.   On October 4, 2020, at approximately 3:06 a.m., Co-Conspirator-1 arrived at the Crowne Plaza Hotel and placed a phone call to Burner Phone-1.

jjj.   At approximately 3:45 a.m., Co-Conspirator-1 gave SIMS a ride back to the Waterford, Michigan residence.

15

kkk. At approximately 4:15 a.m., SIMS began travelling back to Grand Rapids, Michigan. At approximately 6:40 a.m., SIMS sent TERRY a text message stating, "Made it." TERRY responded by texting SIMS a praying hands emoji and stating, "Love you boy."

lll. On October 4, 2020, at approximately 4:17 p.m., TERRY saved a screenshot of a news article reporting on the shootings of Victim-8 and Victim-10, and the killings of Victim-2 and Victim-9.

**Payments to Sims**

mmm. On October 12, 2020, SIMS met with Co-Conspirator-1 at the ELGA Credit Union in Burton, Michigan where Co-Conspirator-1 provided SIMS with payment.

nnn. On October 13, 2020, at approximately 9:13 p.m., SIMS sent Co-Conspirator-1 two text messages, the first of which contained a CashApp account. SIMS's second text message stated, "Send the 700 to this cashapp."

ooo. On October 23, 2020, SIMS posted a photograph of himself on his Instagram account with a large amount of cash. In the photograph, SIMS is wearing the same clothes he wore on the evening of October 3, 2020 and next to him is a firearm and a key and key fob resembling the key and key fob for a Nissan Frontier.

16

ppp. On various occasions between November 2, 2020 and November 15, 2020, SIMS and TERRY exchanged text messages regarding the status of additional payments from TERRY to SIMS. In one text, SIMS requested payment be sent to the CashApp account of Individual-4. In one response on November 8, 2020, TERRY sent SIMS a text message stating, "Lil bro I'm on you, I got yo money right now it's a lot I'm cleaning up right now bout to have [Co-Conspirator-1] send it bout to call you in a sec."

qqq. On November 13, 2020, TERRY sent SIMS a text message requesting the CashApp account to which SIMS wanted the money sent. SIMS replied with a CashApp account.

rrr. On November 14, 2020, TERRY transferred $300 from his ELGA Credit Union account to Co-Conspirator-1's ELGA Credit Union account.

sss. On November 14, 2020, SIMS sent a text message to TERRY stating, "Don't send too that cashapp send to this one [Individual-4's CashApp account]."

ttt. Later that evening, at approximately 7:59 p.m., TERRY sent two text messages to SIMS stating, "Check that account in 10 min it will be there," and "The rest like tomorrow." Immediately thereafter, TERRY sent a text

17

message to Co-Conspirator-1 stating, "[Individual-4's CashApp account] this the cash app."

uuu.   At approximately 8:01 p.m., TERRY sent a text message to Co-Conspirator-1 stating, "I sent it please cash app him he blowing me up," and "Bout to have you do 400 more."   At approximately 8:02 p.m. and 8:06 p.m., Co-Conspirator-1 responded, "Ok," and "Sent it."

vvv.   On November 14, 2020, at approximately 10:24 p.m., SIMS sent TERRY a text message confirming that "Some of it hit."

www. On November 20, 2020, TERRY sent, via an intermediary, $400 to SIMS's CashApp account.

**Payments to Co-Conspirator-2**

xxx.   On October 9, 2020, TERRY sent Co-Conspirator-2 a text message referencing a $4,000 payment to Co-Conspirator-2.   In another text message, TERRY stated, "i told everybody this my beef," to which Co-Conspirator-2 responded in part, "…if anyone fuck with us the[y] fuck with all of us."   In another text message to Co-Conspirator-2, TERRY told Co-Conspirator-2 that he would be obtaining additional funds from Individual-6.

18

yyy.   On October 9 and 10, 2020, TERRY sent text messages to Co-Conspirator-2 informing Co-Conspirator-2 that he would pay him $4,000 and an additional $10,000 which TERRY planned to obtain from Individual-6.

zzz.   On October 9, 2020, between 1:02 a.m. and 1:53 a.m., TERRY sent several text messages to Co-Conspirator-2, which stated in part, "I got the gun for you, never needed that 4,000 I was focused on getting 10,000 from [Individual-6] for you, you see what we both been on," and "I'm gone have that 4 and extra 10 from [Individual-6] good looking."

aaaa.   On October 9, 2020, between 6:52 p.m. and 7:21 p.m., TERRY sent several text message to Co-Conspirator-2, which stated in part, "This how beef go, on my soul I'm gone get you the 10 so I will not have to live with anyone saying I put them in my beef," and "I'm gone get that money to you ASAP we can talk to [Individual-6] together."

bbbb. At approximately 9:05 p.m., Co-Conspirator-2 texted TERRY the address of a residence in Kennesaw, Georgia.   The residence is approximately 45 minutes from the Hartsfield-Jackson Atlanta International Airport in Atlanta, Georgia.

cccc.   On October 10, 2020, at approximately 12:50 a.m., TERRY sent Co-Conspirator-2 a text message stating, "Yeah getting you 4 then 10 more."

19

dddd. On October 11, 2020, TERRY purchased two round trip airline tickets from Hartsfield-Jackson Atlanta International Airport to Regan National Airport in Washington, D.C.

eeee. On October 12, 2020, at approximately 1:16 p.m., TERRY sent a text message to Individual-6 stating, "Yo I wanna come there today and touch basics with you…"

ffff.   Later on October 12, 2020, TERRY and Co-Conspirator-2 flew to Reagan National Airport to meet with Individual-6.

gggg. On October 13, 2020, TERRY sent a text message to Indiviudal-6 with an attached video in which TERRY, Individual-6, and a person unknown to the grand jury are in a room surrounded by a large amount of cash scattered on the floor and on a table.

hhhh. On October 14, 2020,   TERRY and Co-Conspirator-2 flew from Reagan National Airport back to Hartsfield-Jackson Atlanta International Airport.

All in violation of Title 18, United States Code, Section 1958(a).

## COUNT TWO
### MURDER-FOR-HIRE
### RESULTING IN PERSONAL INJURY
### 18 U.S.C. §§ 1958(a) AND 2

D-1   ANDRE D. SIMS
D-2   CLIFTON E. TERRY, III

22.   On or about September 28, 2020, in the Eastern District of Michigan and elsewhere, ANDRE D. SIMS and CLIFTON E. TERRY, III, aided and abetted by each other, used and caused another to use facilities of interstate commerce, including the Internet, cellular telephones, cellular telephone networks, motor vehicles, and motor vehicle roadways, with the intent that a murder be committed in violation of the laws of the State of Michigan as consideration for the receipt of, and as consideration for the promise and agreement to pay, a thing of pecuniary value, that is, money, which resulted in personal injury to Victim-1, Victim-3, Victim-4, Victim-5, Victim-6, and Victim-7, in violation of Title 18, United States Code, Section 1958(a) and 2.

21

## COUNT THREE
### USING, CARRYING, BRANDISHING, AND DISCHARGING A FIREARM DURING AND IN RELATION TO A CRIME OF VIOLENCE
### 18 U.S.C. §§ 924(c)(1)(A) AND 2

D-1   ANDRE D. SIMS
D-2   CLIFTON E. TERRY, III

23.   On or about September 28, 2020, in the Eastern District of Michigan, ANDRE D. SIMS and CLIFTON E. TERRY, III, aided and abetted by each other, knowingly used and carried a firearm during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that is, murder-for-hire resulting in personal injury, as alleged in Count Two of this Indictment, in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.   It is further alleged that a firearm was brandished and discharged.

## COUNT FOUR
### MURDER-FOR-HIRE RESULTING IN DEATH AND PERSONAL INJURY
### 18 U.S.C. §§ 1958(a) AND 2

D-1   ANDRE D. SIMS
D-2   CLIFTON E. TERRY, III

24.   On or about October 3, 2020, in the Eastern District of Michigan and elsewhere, ANDRE D. SIMS and CLIFTON E. TERRY, III, aided and abetted by each other, used and caused another to use facilities of interstate commerce, including the Internet, cellular telephones, cellular telephone networks, motor

vehicles, and motor vehicle roadways, with the intent that a murder be committed in violation of the laws of the State of Michigan as consideration for the receipt of, and as consideration for the promise and agreement to pay, a thing of pecuniary value, that is, money, which resulted in the death of Victim-2 and in personal injury to Victim-8, in violation of Title 18, United States Code, Section 1958(a) and 2.

## COUNT FIVE
### USING, CARRYING, BRANDISHING, AND DISCHARGING A FIREARM DURING AND IN RELATION TO A CRIME OF VIOLENCE
### 18 U.S.C. §§ 924(c)(1)(A) AND 2

D-1   ANDRE D. SIMS
D-2   CLIFTON E. TERRY, III

25.    On or about October 3, 2020, in the Eastern District of Michigan, ANDRE D. SIMS and CLIFTON E. TERRY, III, aided and abetted by each other, knowingly used and carried a firearm during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that is, murder-for-hire resulting in death and personal injury, as alleged in Count Four of this Indictment, in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.   It is further alleged that a firearm was brandished and discharged.

## COUNT SIX
### FELON IN POSSESSION OF AMMUNITION
### 18 U.S.C. § 922(g)(1)

D-1    ANDRE D. SIMS

26.    On or about October 3, 2020, at a Speedway gas station in Burton, in the Eastern District of Michigan, ANDRE D. SIMS, knowing he had been previously convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting interstate commerce, ammunition, that is, nine rounds of .40 caliber ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT SEVEN
### MURDER-FOR-HIRE
### RESULTING IN DEATH AND PERSONAL INJURY
### 18 U.S.C. §§ 1958(a) AND 2

D-1    ANDRE D. SIMS
D-2    CLIFTON E. TERRY, III

27.    On or about October 3, 2020, in the Eastern District of Michigan and elsewhere, ANDRE D. SIMS and CLIFTON E. TERRY, III, aided and abetted by each other, used and caused another to use facilities of interstate commerce, including the Internet, cellular telephones, cellular telephone networks, motor vehicles, motor vehicle roadways, airplanes, and airports, with the intent that a murder be committed in violation of the laws of the State of Michigan as

24

consideration for the receipt of, and as consideration for the promise and agreement to pay, a thing of pecuniary value, that is, money, which resulted in the death of Victim-9 and in personal injury to Victim-10, in violation of Title 18, United States Code, Section 1958(a) and 2.

## COUNT EIGHT
### USING, CARRYING, BRANDISHING, AND DISCHARGING A FIREARM DURING AND IN RELATION TO A CRIME OF VIOLENCE
### 18 U.S.C. §§ 924(c)(1)(A) AND 2

D-1    ANDRE D. SIMS
D-2    CLIFTON E. TERRY, III

28.    On or about October 3, 2020, in the Eastern District of Michigan, ANDRE D. SIMS and CLIFTON E. TERRY, III, aided and abetted by each other and by others, knowingly used and carried a firearm during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that is, murder-for-hire resulting in death and personal injury, as alleged in Count Seven of this Indictment, in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2. It is further alleged that a firearm was brandished and discharged.

25

## COUNT NINE
### FELON IN POSSESSION OF AMMUNITION
### 18 U.S.C. § 922(g)(1)

D-1   ANDRE D. SIMS

29.   On or about October 3, 2020, in the Eastern District of Michigan, ANDRE D. SIMS, knowing he had been previously convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting interstate commerce, ammunition, that is, 20 rounds of 9mm caliber ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TEN
### CONSPIRACY TO COMMIT MURDER-FOR-HIRE
### RESULTING IN PERSONAL INJURY
### 18 U.S.C. § 1958(a)

D-1   ANDRE D. SIMS
D-2   CLIFTON E. TERRY, III

### The Conspiracy

30.   Beginning in November of 2020, and continuing until on or about December 21, 2020, in the Eastern District of Michigan and elsewhere, ANDRE D. SIMS and CLIFTON E. TERRY, III, knowingly and voluntarily combined, conspired, confederated, and agreed with each other and with others known and unknown to the grand jury to use and cause another to use facilities of interstate commerce, including the Internet, cellular phones, cellular telephone networks,

26

motor vehicles, and motor vehicle roadways, with the intent that a murder be committed in violation of the laws of the State of Michigan as consideration for the receipt of, and as consideration for the promise and agreement to pay, a thing of pecuniary value, that is, money, which resulted in personal injury to Victim-11, in violation of Title 18, United States Code, Section 1958(a).

## Object of the Conspiracy

31.    The object of the conspiracy was to murder Victim-11 as consideration for the receipt of, and as consideration for the promise and agreement to pay, money.

## Manner and Means of the Conspiracy

32.    It was part of the conspiracy that CLIFTON E. TERRY, III solicited ANDRE D. SIMS and Co-Conspirator-1 to assist in the murder of Victim-11 in consideration for TERRY'S agreement and promise to pay SIMS $10,000.

33.    It was further part of the conspiracy that ANDRE D. SIMS, CLIFTON E. TERRY, III, and Co-Conspirator-1 used cellular telephones and cellular telephone networks to communicate with each other and others in order to facilitate the murder of Victim-11.

34.    It was further part of the conspiracy that ANDRE D. SIMS, CLIFTON E. TERRY, III, and Co-Conspirator-1 used the Internet to facilitate TERRY's payment to SIMS.

27

35.     It was further part of the conspiracy that ANDRE D. SIMS, CLIFTON E. TERRY, III, and Co-Conspirator-1 used motor vehicles and motor vehicle roadways to facilitate SIMS's travel to and from Sterling Heights, Michigan where SIMS would attempt to kill Victim-11.

## Acts in Furtherance of the Conspiracy

36.     In furtherance of the conspiracy, ANDRE D. SIMS, CLIFTON E. TERRY, III, Co-Conspirator-1 and others committed the following acts, among others, in the Eastern District of Michigan and elsewhere:

a.     On November 27, 2020, at approximately 6:04 a.m., TERRY sent a text message to Individual-7 asking to purchase two firearms from Individual-7.

b.     At approximately 6:21 a.m., TERRY rented a 2019 Dodge Ram 2500 pickup truck from the Hertz Rental company located at the Detroit Metropolitan Airport in Romulus, Michigan.

c.     At approximately 6:10 p.m., TERRY sent SIMS a text message directing SIMS to travel to Flint, Michigan and to arrive that same day. SIMS, who was in Grand Rapids, Michigan, responded that he was about to make his way to Flint.

28

d.     At approximately 6:20 p.m., SIMS sent Individual-8 a text message requesting a ride to Flint, Michigan in exchange for gas and money. SIMS texted Individual-8 that if SIMS could get to Flint, he will be coming back with "10bands," a reference to $10,000.   SIMS also instructed Individual-8 to delete the message after reading it.

e.     At approximately 8:30 p.m., TERRY sent SIMS a text message inquiring about his arrival time. At approximately 10:07 p.m., SIMS responded that he was about an hour away.

f.     At approximately 11:00 p.m., SIMS arrived in Flint, Michigan. At approximately 11:01 p.m., SIMS placed a phone call to TERRY.

g.     At approximately 11:18 p.m., TERRY, while in the vicinity of Flint, called Co-Conspirator-1, the registered owner of a 2006 Chevrolet Colorado pickup truck.

h.     On November 28, 2020, at approximately 12:07 a.m. and 12:10 a.m., TERRY placed two outgoing phone calls while in the vicinity of Victim-11's address in Sterling Heights, Michigan.

i.     At approximately 12:08 a.m. and 12:11 a.m., SIMS used his cellular telephone while in the vicinity of Victim-11's address in Sterling Heights, Michigan.

29

j.      At approximately 12:41 a.m., SIMS sent a text message to Individual-9 stating, "Fasho I shot baxk to flint to get a whip I'm bomin right baxk on S.I."

k.      At approximately 12:59 a.m. and 1:00 a.m., TERRY, while in the vicinity of Flint, placed two outgoing phone calls to Co-Conspirator-1 and Individual-10.

l.      At approximately 1:20 a.m., SIMS stored Victim-11's address in the Notes application of his cellular telephone.

m.      At approximately 2:34 a.m., SIMS sent a text message to Individual-9 that contained a location corresponding to an address just several hundred feet from Victim-11's residence. Individual-9 responded at approximately 2:59 a.m., sending SIMS a text message that contained a location corresponding to Individual-9's address in Detroit. SIMS replied to Individual-9's text message at approximately 3:02 a.m., telling Individual-9 that he was on his way.

n.      At approximately 3:50 a.m., TERRY sent SIMS a text message containing the address of the Sterling Landings apartment complex in Sterling Heights, Michigan where TERRY and SIMS planned to meet after the planned murder.

30

o.      During the early morning of November 28, 2020, TERRY went to an apartment in the Sterling Landings apartment complex in Sterling Heights where he stayed for several hours.

p.      At approximately 4:38 a.m., SIMS stored directions from Individual-9's address in Detroit to Victim-11's address in Sterling Heights in his cellular telephone.

q.      At approximately 5:05 a.m., SIMS arrived at Victim-11's residence in Sterling Heights in Co-Conspirator-1's 2006 Chevrolet Colorado pickup truck. SIMS backed the Chevrolet Colorado pickup truck into a parking spot immediately across the street from Victim-11's front door.

r.      At approximately 11:18 a.m., as Victim-11 departed her residence and entered her vehicle, SIMS approached Victim-11's vehicle and fired seven to eight gunshots at the vehicle, striking Victim-11. As a result, Victim-11 suffered personal injuries, including gunshot wounds.

s.      Immediately after SIMS shot Victim-11, SIMS drove Co-Conspirator-1's 2006 Chevrolet Colorado pickup truck to the Sterling Landings apartment complex where SIMS and TERRY had planned to meet.

31

t. At approximately 11:31 a.m., SIMS parked Co-Conspirator-1's 2006 Chevrolet Colorado pickup truck in a parking space near Building 9 of the Sterling Landings apartment complex.

u. At approximately 11:34 a.m., SIMS sent TERRY a text message containing SIMS's location at the Sterling Landings apartment complex.

v. At approximately 11:40 a.m., SIMS made an outgoing call to TERRY who was in the vicinity of the Sterling Landings apartment complex.

w. At approximately 11:47 a.m., TERRY arrived at the Sterling Landings apartment complex in the 2019 Dodge Ram 2500 pickup truck and picked up SIMS who was wearing a tactical vest. SIMS left Co-Conspirator-1's 2006 Chevrolet Colorado pickup truck at the Sterling Landings apartment complex.

x. After picking SIMS up at the Sterling Landings apartment complex, TERRY drove SIMS away from the meet-up location.

y. At approximately 2:08 p.m., TERRY sent SIMS a text message stating, "I understand you frustrated bro but everything was in your hands. I could have got you a ride back to the crib with no problem, you gotta understand just like you need to get things done I do as well, I was supposed to be leaving state to take care of my business if you need a couple dollars

32

after I take care of my business I send you some other then that everything was on you."

z.    At approximately 2:26 p.m., SIMS purchased a one-way bus ticket with Indian Trails/Greyhound from Detroit to Grand Rapids.

aa.    At 2:45 p.m., SIMS sent TERRY a text message that he left a "winter vest" in TERRY'S backseat. Shortly thereafter, TERRY responded, "You ain't have to Leave that at all bro, I'm not gone be around to use it."

bb.    At 3:23 p.m., TERRY sent a text message to SIMS inquiring about the location of the keys to Co-Conspirator-1's pickup truck. SIMS confirmed possession of the keys. At 3:39 p.m., TERRY informed SIMS that he would come back and retrieve the keys.

cc.    At 4:51 p.m., TERRY sent SIMS a text message asking for SIMS's location. SIMS sent TERRY the location of Individual-9's address in Detroit. Later, at 5:42 p.m. and 5:43 p.m., TERRY was in the vicinity of Individual-9's address.

dd.    At approximately 8:02 p.m., TERRY returned the 2019 Dodge Ram 2500 pickup truck to the Hertz Rental company at the Detroit Metropolitan Airport. At approximately 9:00 p.m., TERRY flew from Detroit Metropolitan Airport via Delta Airlines to Washington, D.C.

33

ee. On November 29, 2020, SIMS traveled from Detroit to Grand Rapids in an Indian Trails/Greyhound bus.

ff. On November 29, 2020, a screenshot image containing an Instagram message and photograph of Victim-11 downloaded onto TERRY'S Apple iCloud backup.

gg. On November 30, 2020, at approximately 1:55 a.m., TERRY sent two text messages to SIMS stating, "I'm gone send you a coupe 1,000 bro if you need it," and "It's deeper then rap with me."

hh. At approximately 1:56 a.m., TERRY sent SIMS a text message offering to pay SIMS $2,500 for SIMS's failed attempt to kill Victim-1. SIMS responded, "Yea that's str8 bro."

ii. On November 30, 2020, TERRY posted a photograph on his Instagram account "iamcliffmac" of TERRY and others at Invidual-13's residence. TERRY, Individual-13, and the others in the photograph appear to be performing a celebratory toast. The photograph's caption stated, "Really my family! Are you in the mafia?" In the background of the photograph, a television screen depicted a female whose physical appearance closely resembled Victim-11. The female had a wound on her face consistent with the wound to Victim-11's face.

34

jj.    On December 1, 2020, at approximately 3:13 p.m., SIMS received a text message from Individual-9. The text message contained a tweet from the Twitter account "Metro Detroit Crime" with the Twitter handle "@CrimeInTheD." The tweet contained a link to video surveillance footage from Victim-11's residence showing SIMS shooting Victim-11.

kk.    At approximately 8:40 p.m., TERRY received a text message from Individual-11 that contained an article from the TMZ website with video and details of the November 28, 2020 shooting of Victim-11.

ll.    On or about December 19, 2020, TERRY instructed Individual-12 to send SIMS $300 via CashApp as consideration for SIMS's attempt to kill Victim-11.

mm.    On December 21, 2020, at approximately 12:04 p.m., SIMS sent TERRY a text message confirming receipt of the $300 payment.

All in violation of Title 18, United States Code, Section 1958(a).

### COUNT ELEVEN
**MURDER-FOR-HIRE**
**RESULTING IN PERSONAL INJURY**
**18 U.S.C. §§ 1958(a) AND 2**

D-1    ANDRE D. SIMS
D-2    CLIFTON E. TERRY, III

37.    On or about November 28, 2020, in the Eastern District of Michigan

35

and elsewhere, ANDRE D. SIMS and CLIFTON E. TERRY, III, aided and abetted by each other, used and caused another to use facilities of interstate commerce, including the Internet, cellular telephones, cellular telephone networks, motor vehicles, and motor vehicle roadways, with the intent that a murder be committed in violation of the laws of the State of Michigan as consideration for the receipt of, and as consideration for the promise and agreement to pay, a thing of pecuniary value, that is, money, which resulted in personal injury to Victim-11, in violation of Title 18, United States Code, Section 1958(a) and 2.

## COUNT TWELVE
### USING, CARRYING, BRANDISHING, AND DISCHARGING A FIREARM DURING AND IN RELATION TO A CRIME OF VIOLENCE
### 18 U.S.C. §§ 924(c)(1)(A) AND 2

D-1   ANDRE D. SIMS
D-2   CLIFTON E. TERRY, III

38.   On or about November 28, 2020, in the Eastern District of Michigan, ANDRE D. SIMS and CLIFTON E. TERRY, III, aided and abetted by each other and by others, knowingly used and carried a firearm during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that is, murder-for-hire resulting in personal injury, as alleged in Count Eleven of this Indictment, in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2. It is further alleged that a firearm was brandished and discharged.

36

## COUNT THIRTEEN
### FELON IN POSSESSION OF AMMUNITION
### 18 U.S.C. § 922(g)(1)

D-1   ANDRE D. SIMS

39.   On or about November 28, 2020, in the Eastern District of Michigan, ANDRE D. SIMS, knowing he had been previously convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting interstate commerce, ammunition, that is, seven rounds of .40 caliber ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATIONS

The allegations contained in this Second Superseding Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1).

Upon conviction of the offense(s) charged in this Second Superseding Indictment, ANDRE D. SIMS and CLIFTON E. TERRY, III shall forfeit to the

37

United States, pursuant to Title 18, United States Code, Section 924(d)(1), any firearm or ammunition involved in said offense(s).

**THIS IS A TRUE BILL.**

JEROME F. GORGON, JR.
United States Attorney

s/GRAND JURY FOREPERSON


s/ANTHONY P. VANCE
ANTHONY P. VANCE
Assistant United States Attorney
Chief – Branch Offices
600 Church Street, Ste. 210
Flint, Michigan 48502-1280
Phone: (810) 766-5177
anthony.vance@usdoj.gov
P61148

s/JULES M. DePORRE
JULES M. DePORRE
Assistant United States Attorney
600 Church Street, Ste. 210
Flint, Michigan 48502-1280
Phone: (810) 766-5177
jules.deporre@usdoj.gov
P73999


s/CHRISTOPHER W. RAWSTHORNE
CHRISTOPHER W. RAWSTHORNE
Assistant United States Attorney
600 Church Street, Ste. 210
Flint, Michigan 48502-1280
Phone: (810) 766-5177
Christopher.Rawsthorne@usdoj.gov
P84401


Date: June 17, 2026

**Companion Case information MUST be completed by AUSA and initialed.**

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | **Case Number**<br>22-cr-20154 |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes    ☑ No | **AUSA's Initials:** |

**Case Title:** USA v.  Andre D. Sims & Clifton E. Terry, III

**County where offense occurred :**  Genesee County and others

**Check One:**    ☑ Felony          ☐ **Misdemeanor**          ☐ **Petty**

_____Indictment/_____Information --- **no** prior complaint.
_____Indictment/_____Information --- based upon prior complaint [Case number: _____]
__X_Indictment/_____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** 22-cr-20154                        **Judge:**  F. Kay Behm

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☑ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
|  | 18 U.S.C. §§ 1958(a) and 2 |  |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

June 17, 2026
Date

Jules M. DePorre
Assistant United States Attorney
210 Federal Building
600 Church Street
Flint, Michigan 48502
Telephone:  (810) 766-5177
Email: Jules@usdoj.gov
P73999

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

03/11/2013